# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# CRIMINAL EVIDENTIARY MOTIONS HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  v.<br><br>JOAQUIN ROMERO ROSAS,<br><br>           Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Steven E. Rau<br>U.S. Magistrate Judge<br><br>Case No:            11-cr-188 RHK/SER<br>Date:                 September 21, 2011<br>Court Reporter:  Ron Moen<br>Time Commenced: 10:08 a.m.<br>Time Concluded:  11:50 a.m.<br>Time in Court:     1 hour 42 minutes |

APPEARANCES:

   Plaintiff:        Lola Velazquez-Aguilu, David P. Steinkamp

   Defendant:    Caroline Durham   ☒ FPD ☐CJA ☐ Retained ☐ Appointed

Interpreter / Language:  None

Defendant's additional briefs due:  October 14, 2011

Government's additional briefs due: October 21, 2011

Motions taken under advisement as of: October 21, 2011

Status Conference Date: 12-2-11                    Courtroom: 7A, Saint Paul
         Before: Senior Judge Richard H. Kyle

Trial Date:     12-5-11 at 9:00 a.m.                Courtroom: 7A, Saint Paul
         Before: Senior Judge Richard H. Kyle

An evidentiary hearing and oral argument was conducted on Defendant's pretrial motions [Doc. Nos. 14-22]. Minneapolis Police Officer Adam Lepinski and Minneapolis Police Sargent Christie Nelson testified on behalf of the Government. Homeland Security Investigator Ouse testified on behalf of Defendant. The Court received three (3) exhibits into evidence. Government's and Defendants' pretrial motions were submitted, argued and **TAKEN UNDER ADVISEMENT as of October 21, 2011.**

☒ ORDER TO BE ISSUED      ☐ NO ORDER TO BE ISSUED      ☒ R&R TO BE ISSUED      ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Bond continued   ☒ Remanded into custody of USM

s/ Erin Secord
Signature of Law Clerk